IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY SHERER,<br>            Plaintiff,<br><br>v.<br><br>FEDERATED MUTUAL INSURANCE COMPANY,<br>            Defendant. | CIVIL ACTION<br><br><br><br>NO. 19-2530 |

**O R D E R**

**AND NOW**, this 22nd day of October, 2019, upon consideration of Plaintiff Jeffrey Sherer's Motion to Remand (Document No. 2, filed June 14, 2019) and Defendant Federated Mutual Insurance Company's Brief in Opposition to Motion to Remand (Document No. 8, filed June 28, 2019), for the reasons stated in the accompanying Memorandum dated October 22, 2019, **IT IS ORDERED** that plaintiff's Motion to Remand is **GRANTED**. The action is **REMANDED** to the Court of Common Pleas of Philadelphia County.

                                          **BY THE COURT:**

                                          **/s/ Hon. Jan E. DuBois**

                                              DuBOIS, JAN E., J.