# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY SHERER,<br><br>                Plaintiff,<br><br>v.<br><br>FEDERATED MUTUAL INSURANCE COMPANY,<br><br>                Defendant. | CIVIL ACTION NO. 2:19-cv-02530-JD<br><br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Federated Mutual Insurance Company, Defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Third Circuit from the Court's Order (Dkt. No. 10) dated October 22, 2019 and filed October 23, 2019, in which order the district court declined to exercise jurisdiction and REMANDED this matter to the Court of Common Pleas of Philadelphia County.

Dated: October 25, 2019

/s/ Tiffany M. Brown
Charles E. Spevacek (MN #126044)
*Admitted pro hac vice*
Tiffany M. Brown (MN #302272)
*Admitted pro hac vice*
MEAGHER & GEER, P.L.L.P.
33 South Sixth Street, Suite 4400
Minneapolis, MN 55402
Telephone: 612-338-0661

Anthony L. Miscioscia
Konrad Krebs
WHITE AND WILLIAMS LLP
1800 One Liberty Place
Philadelphia PA 19103
Telephone: 215-864-7000

*Attorneys for Defendant*