IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JEFFREY SHERER,**         **Plaintiff,** | **CIVIL ACTION** |
| v. | |
| **FEDERATED MUTUAL INSURANCE COMPANY,**         **Defendant.** | **NO.  19-2530** |

## O R D E R

**AND NOW**, this 14th day of November, 2019, upon consideration of defendant's Motion to Stay Remand Pending Appeal (Document No. 12, filed October 25, 2019), and plaintiff's Answer to Motion to Stay (Document No. 16, filed November 13, 2019), there being no objection, **IT IS ORDERED** that the Motion to Stay Remand Pending Appeal is **GRANTED**. Remand of this action to the Court of Common Pleas of Philadelphia County is **STAYED** until defendant's appeal of the remand order of this Court dated October 23, 2019 is finally resolved.

BY THE COURT:

/s/ Hon. Jan E. DuBois

DuBOIS, JAN E., J.