# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 19-3498

Jeffrey Sherer v. Federated Mutual Insurance Co

(U.S. District Court No.: 2-19-cv-02530)

## ORDER

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: January 13, 2020
TMM/cc: Ms. Kate Barkman,
Tiffany M. Brown, Esq.
Scott B. Cooper, Esq.
James C. Haggerty, Esq.
Charles E. Spevacek, Esq.

**A True Copy:**

*Patricia A. Dodszuweit*

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate